## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Curtis Folk, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Hydra Services, LLC and | ) | |
| Kraken Operating, LLC, | ) | |
| | ) | Case No. 1:22-cv-205 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on June 8, 2023, at 9:00 AM before the magistrate judge by telephone. The conference shall be attended by lead counsel for each party, with authorization to bind the party on all matters addressed at the conference. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 27th day of January, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court