IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Curtis Folk, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hydra Services, LLC; and Kraken Operating, LLC, | ) | Case No. 1:22-cv-205 |
| | ) | |
| Defendants. | ) | |

On April 12, 2024, Defendants filed a Motion for Summary Judgment. (Doc. No. 21). On April 22, 2024, the Parties filed a stipulation to extend the briefing deadlines for the Motion for Summary Judgment. (Doc. No. 24). They also filed a stipulated second amended scheduling/discovery plan for the court's consideration. (Doc. No. 25).

The court **ADOPTS** the Parties' stipulation to extend the briefing deadlines. (Doc. 24). Plaintiff shall have until May 31, 2024, to file a response to Defendants' Motion for Summary Judgment. Defendants shall have until June 14, 2024, to file a reply.

The court also **ADOPTS** the Parties' stipulated second amended scheduling/discovery plan (Doc. No. 25) and **AMENDS** the pretrial deadlines as follows:

(1) All fact discovery will be completed by the following deadline, with all discovery pursuant to Rules 33, 34, and 36 to be served a minimum of thirty-three (33) days prior to the deadline: May 31, 2024.

(2) The deadlines for exchanging complete expert witness reports:

July 1, 2024, for Plaintiff;

August 1, 2024 Defendants; and

1

      September 17, 2024, for any rebuttal experts.

(3)    Discovery depositions of expert witnesses shall be completed by September 30, 2024.

Due to a congested trial calendar, the court shall, on its own motion, continue the final pretrial conference and jury trial in this matter. Accordingly, the final pretrial conference set for October 8, 2024, shall be rescheduled for November 19, 2024, at 9:00 AM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial scheduled for October 21, 2024, shall be rescheduled for December 2, 2024, at 9:00 AM in Bismarck before Judge Hovland (Eagle Courtroom). A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2024.

                                        */s/ Clare R. Hochhalter*
                                        Clare R. Hochhalter, Magistrate Judge
                                        United States District Court